12-15-00122-CR

STATE OF TEXAS

TEXAS COURT OF APPEALS

CASE#_____


FILED IN COURT OF APPEALS
12th Court of Appeals District
MAY 11 2015
elKm
TYLER TEXAS
CATHY S. LUSK, CLERK

WESLEY S. ANGLIN,

PETITIONER

PETITION FOR WRIT OF MANDAMUS

IN RE ANGLIN.

Comes now Mr. Anglin, pro se, in pro per, in pro pria persona, to humbly petition this court to enter a Writ of Mandamus, in accordance to the Texas Canon laws and other applicable laws. For grounds and support he states as follows:

1. On March 26th, 2009, Mr. Anglin was arrested in Van Zandt County Texas; on the 27th he was brought to the court and instructed to sigh a waiver of Extradition. He was placed under duress and refused an attorney. The court offered a Waiver of Extradition, the petitioner reserved his right for extradition in accordance with sovereign decree. Within two weeks he was returned to Kentucky under a warrant. Attachment A

2. On December 3rd, 2013 the petitioner filed a "Sui Generis Declaration Of Rights" against the 294th District Court of Texas. This petition was filed in the Van Zandt Circuit Court. To this date Mr. Anglin has yet to be assigned a court number or have a ruling. Attachment B

3. June 5th, 2014 Mr. Anglin filed a "Motion For Default" in the Circuit Court of Van Zandt County.(Attachment C) Wherein no ruling has yet to be entered.

4. As seen in Safety-Kleen Corp. v. Garcia, 945 S.W.2d 268 the Circuit Court should have a Writ of Mandamus issued against it. See the following headnotes from 945 S.W.2d 268:

1

HN1 "A trial court is required to consider and rule upon a motion within a reasonable time."

HN2 "A writ of mandamus will issue where a trial judge refuses to act within a reasonable time."

HN3 "When a motion is properly filed and pending before a trial court, the act of giving consideration to and ruling upon that motion is a ministerial act, and mandamus may issue to compel the trial judge to act."

HN4 "A trial court abuses its discretion by refusing to conduct a hearing and render a decision on a motion."

HN5 "A writ of mandamus is appropriate to require a trial judge to hold a hearing and exercise discretion."

HN6 "An appellate Court may compel a trial court to proceed to trial and exercise discretion."

HN7 "A judge shall hear and decide matters."

HN8 "A judge shall dispose of all judicial matters promptly, efficiently, and fairly."

5. This court may find the following three cases as helpful as well: In re Johnson, 2015 Tex. App. Lexis 2140; In re Rosas, 2015 Tex. App. Lexis 2012; and In re Archer, 2015 Tex. App. Lexis 161.

Wherefore, the petitioner humbly requests for this court to enter a Writ of Mandamus to compel the Circuit court to enter a ruling for said Motion for Default.

## CERTIFICATION

It is hereby certified that a true and correct petition was mailed to the Van Zandt District and Circuit Courts. Thus the origional being mailed to the Appeals Court for consideration at its convienance. Thus mailed on the 2nd day of May , 2015.

2

Attachment A

W09-0327

## WAIVER OF EXTRADITION

STATE OF TEXAS    VS.   Wesley Anglin ,

IN THE 294TH. DISTRICT COURT OF VAN ZANDT COUNTY.

THIS THE ____ DAY OF _____ A. D. 2009,
PERSONALLY APPEARED BEFORE ME IN OPEN COURT Wesley Anglin
_____, WHO IS A FUGITIVE FROM THE STATE OF
Kentucky _____, WHERE He IS CHARGED WITH THE CTIME OF
_____ Assault 2nd deg. _____
_____

AND AFTER HAVING HAD SAID SUBJECT'S RIGHTS EXPLAINED TO Him
UNDER THE LAW, STATED ORALLY AND BY SIGNING THIS ORDER, THAT
He WAIVES EXTRADITION AND WILL VOLUNTARILY ACCOMPANY DULY
AUTHORIZED AGENTS OF THE STATE OF Kentucky
TO THE AFORE SAID STATE. THERE TO STAND TRAIL ON THE CHARGES
AGAINST Him AS PROVIDED BY LAW.

IT IS FUTHER ORDERED BY THE COURT THAT THE CLERK CERTIFY
AND FORWARD TO THE OFFICE OF THE GOVERNOR OF THE STATE OF
TEXAS SAID ORDER AND WAIVER OF EXTRADITION.

_____
MAGISTRATE, STATE OF TEXAS

WAIVER OF EXTRADITION

I Wesley Anglin _____ HAVING THIS THE 27 DAY
OF March _____ A.D. 2009, BEEN ADVISED OF MY LEGAL RIGHTS
BY THE HONORABLE Telisa Drum JUDGE OF THE 294TH
DISTRICT COURT OF VAN ZANDT COUNTY, TEXAS, DO HEREBY WAIVE
FORMAL EXTRADITION AND AGREE TO VOLUNTARILY RETURN TO THE
STATE OF Kentucky _____ IN THE CUSTODY OF DULY
AUTHORIZED AGENTS OF THE AFORESAID STATE, THERE TO STAND TRAIL
ON THE CHARGES PENDING AGAINST ME.

_____

STATE OF TEXAS
CIRCUIT COURT OF VAN ZANDT COUNTY
CASE #_____

WESLEY SATTERFIELD ANGLIN                                    DECLARER

VS                    SUI GENERIS DECLARATION OF RIGHTS;
                          TAKEN IN SUI JURIS

294th DISTRICT COURT OF VAN ZANDT COUNTY                     RESPONDANT

    Comes now Wesley Satterfield Anglin, pro se, in pro per, in pro pria persona, sui juris, declaring his rights and challanges his extradition. He requests judicial review in favor of the constitutional contract in which he is currently construed as a citizen. Relavent precedence are cited as follows: 28 U.S.C. 2201; 28 U.S.C. 1331; and Tex. Civ. Prac. & Rem. Code 37.003. Yet he wishes to remind this court that in any case of ambiguity, rules of interpretation and construction should be employeed, due to the sui generis nature. See Space Master Int'l, Inc., v. Porta-Kamp Mfg. Co.,794 S.W.2d 911,"An action for declaratory judgement is neither legal nor equitable, but is sui generis, i.e. the only one of it's kind. Also see Olstead v. Dunn, 72 Ga., 850; Wetter v United Hydraulic Cotton Press Co., 75 Ga. 540; Glore v. Scroggins 124 Ga, 922; Gunter v. Hinson, 161 Ala. 536; and Sizeler v. Sizeler, 170 La. 128.

## STATEMENT OF CASE

I, Mr. Anglin, was arrested in Van Zandt County on March 26th, 2009. On March 27th, 2009 I was brought to the court house and instructed to sign a waiver of Extradition. I was placed under duress and refused an attorney. The Court offered a Waiver of the Extradition, see attachment, I wrote all rights reserved on the contract that attempted to relinquish a soverign right. A week later I was transferred to Breckinridge County Detention Center, in Kentucky.

I now bring this action to contest the legality of the transfer as well at the contract of which I sovereignly expressed my wish to reserve all rights.

## LEGAL AUTHORITY

* Gunter v. Hinson, 161 Ala. 536, "A recital in a judgement, rendered by a court of competent jurisdiction, that the parties interested and sui juris consented or agreed to its rendition,is, in the absense of vitiating fruad in the premises, conlusive of the fact raised, and imports absolute verity."
"The presumption is that parties are sui juris, without disability, unless something to the contrary appears."

1

"Consent to judgement waives all and every irregularity proceding and is a release of errors."

* United States v. McKinney, Fed. Appx. 479, "A party who, with explicit reservation of rights, performs or promises performance or assents to performance in a manner demanded or offered by the other party does not therby prejudice the rights reserved."

* Black's Law 6th Edition, "Sui juris - of his own right; possessing full social and civil rights; not under any legal disability or the power of another, or guardianship. Having capacity to manage one's own affairs; not under legal disability to act for ones one's self."

Wherefore, if it pleases the court, I request to be legally released from the illegal contract or waiver, of extradition. Requesting that this honorable court enter an order of appearance for me to be brought before it upon hearing and ruling of this declaratory documnet.

Respectfully Submitted by,

## NOTICE

Notice is hereby given that the foregoing Declaration was mailed, via first-class postage, to the Clerck of the Van Zandt County Circuit Court; on thus 3ʳᵈ day of December, 2013, to be filed immediately upon receipt.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoin document was mailed, via postage pre-paid, to the 294th Distrcit Court of Van Zandt County on thus 3ʳᵈ day of December, 2013.

2

# Attachment C

Wesley S. Anglin,                                    MOVANT

    vs.

294th District Court of Van Zandt County,      RESPONDANT

## Motion For Default

Comes now Mr. Wesley S. Anglin, pro se, in pro per, in pro pria persona, in forma demur with sui juris. He respectfully moves this honorable court, if it may please the court, for a default judgement. Thus entering an order per curiam to decree that the relief requested be granted due to default. For grounds and support Mr. Anglin states as follows:

1. Mr. Anglin filed a "Sui Generis Declaration of Rights" on the 3rd of December, 2013 in this court. No response from the respondant nor this court has been received by Mr. Anglin

2. Today, June 5th, 2014 marks the 184th day that Mr. Anglin has yet to receive a response on his filed document. Under Tex. Civ. Prac. & Rem. Code as well as Texas R. Civil P., he is entitled to a default judgement.

3. On December 3rd, 2014 Mr. Anglin requested to be legally released from the illegal contract, or waiver, of extradition.

1

Wherefore, Mr. Anglin requests for this court to enter an order per curiam to decree that the respondent's contract, waiver, of extradition be voided. Furthermore, he requests that it be decreed that he be released from the performance of the contract. In the alternative he requests for an order of appearance be entered for him to be brought to court for a formal hearing on the matter.

_Wesley S. Anglin_

## NOTICE

Notice is hereby given that the foregoing motion was mailed, via first-class postage, to the clerk of the Van Zandt County Circuit Court on thus 5th day of June, 2014; to be filed upon receipt.

_Wesley S. Anglin_

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing document was mailed, via postage pre-paid, to the 294th District Court of Van Zandt County on thus 5th day of June, 2014.

_Wesley S. Anglin_

2